# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

AUSTIN CAREY JONES,

    Plaintiff,

v.                                CASE NO. 1:13-CV-1-MW-GRL

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation , ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. Plaintiff's motion for leave to proceed as a pauper, ECF No. 2, is DENIED. The clerk must enter judgment stating, "This case is DISMISSED with prejudice." The clerk must close the file.

SO ORDERED on January 22, 2013.

                                                    s/Mark E. Walker         
                                                    United States District Judge